FILED
2024 Mar-25  PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

Walmart/Stovall, State   ent  f Position



# Walmart

# Integrity Builds Trust

## OUR CODE OF CONDUCT

Walmart/Stovall, Statement of Position



## Our Values and

## Our Values

The trust of our customers, communities, associates, and business partners is our competitive advantage. It's important to think about our behaviors and make sure that we are creating a culture that inspires trust. Sam Walton founded a values-driven company that today is grounded in four core values: respect, service, excellence, and integrity. These values are timeless. When our behaviors are aligned to those four values, we'll build trust, create the right environment for our teams, and generate success.



### Respect for the Individual

We treat people with dignity, lead by example, and listen to each other. We seek and embrace differences in people, ideas, and experiences.



### Service to the Customer

We put our customers first, anticipate their wants and needs, and exceed their expectations.



### Strive for Excellence

We are a high-performance team and expect the best from ourselves. We own our work and results.



### Act with Integrity

We are honest, fair, and objective. We speak up about concerns and comply with all laws and our policies.

Acting consistently with our purpose and our values demands that a culture of integrity guides all our decisions. We are dedicated to doing business the right way. Our Code reflects who we are as a company and shows how we bring our culture of integrity to life in our work every day. Integrity builds trust. That's why our associates, customers, investors, suppliers, and business partners choose Walmart—they know we are a business they can trust.

> "...There's no substitute for hard work, integrity, and a dedication to leaving this world a little better place than when we came into it."
>
> - Sam Walton, Founder, Walmart Inc.

# How to Use Our Code

## Why We Have a Code

Walmart is a retail company—as well as a logistics, healthcare, manufacturing, real estate, and technology company. We are constantly changing. We make many decisions every day, and the right thing to do isn't always clear. Our Code can help us make decisions that earn and build trust. It tells us about the behaviors we expect of each other and where to get more information or support. Our Code focuses on behaviors that:



**Build trust with our associates**



**Build trust with our customers**



**Build trust in our business**

Our Code reinforces that Walmart is committed to complying with the laws and regulations in all locations where we operate. Because we are a U.S. company operating globally, our associates around the world often are subject to additional legal requirements, including some U.S. laws. When local laws or common practices are not as strict, our Code still applies. If you believe our Code conflicts with local law, contact our Legal department for guidance on what to do.

## Who is Covered by Our Code

Our Code applies to all associates of Walmart and its subsidiaries. It also applies to Walmart's and its subsidiaries' board members when they are acting in their capacity as our directors. Our Code is translated into multiple languages so that our associates can easily understand it. Walmart may modify the content of our Code of Conduct as we change and face new issues. We expect our suppliers, vendors, service providers, and other business partners to act with integrity and honor our values. Specific requirements for these third parties are included in the Standards for Suppliers and/or in our contracts with them.

Associates who violate our Code may be subject to discipline, up to and including termination.

In rare cases, it might be appropriate to waive a part of our Code. To request a waiver, contact Ethics & Compliance in advance of the activity for which you want the waiver. When executive officers or directors seek waivers, only Walmart's Board of Directors (or a committee of the Board) may grant them, and they will be publicly disclosed when required by law.

Walmart/Stovall, Statement of Position

## When to Speak Up

Building trust requires we do the right thing and speak up if we have questions or concerns. If you don't know the right thing to do, ask for advice from your manager, your People Lead, or Ethics & Compliance. Ethics & Compliance can provide you with an opinion on the right action to take. Make your voice heard and get the answers you need.

If you see, suspect, or are told about activity that violates our Code, compliance policies, the Standards for Suppliers, or the law, you must report it. Looking the other way or letting someone else take the lead may seem easier, but unethical or unlawful behavior hurts us all. It erodes trust. Report your concerns and cooperate fully and honestly in all internal investigations.

## How to Speak Up

 **Most concerns can be reported to your manager, People Lead, Ethics & Compliance, or Legal.**

However, if your concern is about one of the following, it must be immediately reported directly to Global Ethics & Compliance:

- **Bribery (including any suspected violation of our Anti-Corruption Compliance Policy)**
- **A company officer or direct report to any company CEO potentially violating our Code**
- **Falsifying financial records or interfering with our internal controls on accurate financial reporting**

Global or local policies may indicate additional matters that must be reported directly to Ethics & Compliance.

All reports to Ethics & Compliance are treated as confidentially as possible. It helps with follow-up if you identify yourself.  If you are not comfortable identifying yourself, you can make anonymous reports to the Ethics Helpline to the extent allowed by law.

| | Ways to Reach Out |
|---|---|

Talk to your manager, next-level manager, People Lead,  Ethics & Compliance, or Legal.

www.walmartethics.com        ethics@walmart.com

**800-963-8442 (1-800-WM-ETHIC)** in the U.S., Canada, and Puerto Rico, or your local phone number which is listed at the end of our Code. The Ethics Helpline is available 24 hours a day, 7 days a week and is available in most local languages.

**Walmart Inc.**
Attention: Global Ethics & Compliance, 702 SW 8th Street, Bentonville, AR 72716-0860

## Speak Without Fear of Retaliation

Walmart does not tolerate retaliation for reporting a concern or participating in an investigation. Any associate who engages in retaliation will be subject to disciplinary action. If you feel that you have been retaliated against for reporting a concern, contact your People Lead or Ethics & Compliance.

We know it takes courage to come forward and share your concerns. Discouraging associates from reporting an ethics concern is prohibited and could result in disciplinary action. When we speak out against things that are wrong, we uphold our values and Code. Reporting an issue in good faith will not get you in trouble, even if you make an honest mistake. Knowingly reporting false information is contrary to our values and will be subject to disciplinary action.

We appropriately investigate reports of misconduct. We share information only on a need-to-know basis. If you are asked to participate in an investigation, give honest and complete answers, and do not discuss the investigation with other associates.



# Respect Each Other

Living our value of Respect for the Individual starts with valuing diversity and inclusion. We believe having associates with different backgrounds, styles, experiences, identities, and opinions makes us a better company. Inclusion is an intentional act—it is investing time and energy to understand, support, and champion the uniqueness of individuals. Diversity and inclusion promote individual expression, creativity, innovation, and achievement—and help us better understand and serve our customers.

We are committed to a workplace that is free of harassment and discrimination. We do not tolerate any behavior that diminishes the dignity of a person, inappropriately or unreasonably interferes with work performance, or creates an intimidating, hostile, or otherwise offensive work environment based on an individual's protected status. We also do not tolerate retaliation against anyone who raises a concern about harassment or discrimination.

## ⚙ Global Discrimination & Harassment Prevention Policy

### Walmart does not tolerate discrimination or harassment based on an individual's:

- Race
- Color
- Ancestry
- Ethnicity
- Religion
- Sex
- Pregnancy
- National Origin
- Age
- Disability
- Marital Status
- Veteran Status
- Military Status
- Genetic Information
- Sexual Orientation
- Gender Identity or Expression
- Any Other Legally Protected Status

Walmart complies with all laws in the countries in which we operate.





## Integrity in Action

- **Treat others how they want to be treated.** Be fair and respectful to associates, customers, members, suppliers, and third parties who work with Walmart. Value others' differences and listen to different points of view.
- **Hire and promote the right way.** Hire, retain, and promote associates based on qualifications, demonstrated skills, achievements, and other merits.
- **Prevent harassment.** Set the right tone and expectation for appropriate behavior with your team members and peers. Verbal, visual, or physical conduct of a sexual nature is not acceptable.
- **Lead by example.** Be inclusive with your actions and words. Understand how your actions and comments may be perceived or misunderstood by others. Set clear expectations with your team.
- **Follow harassment and discrimination laws and our policies.** Know what behaviors are considered harassment or discrimination and create a respectful and inclusive workplace.
- **Speak up.** Never tolerate harassment or discrimination. Report harassment or discrimination to your manager, People Lead, or Ethics & Compliance.

### Examples of harassment:

- Unwelcome sexual advances or remarks
- Slurs or inappropriate jokes based on a protected status
- Displaying written or graphic material that ridicules, insults, or shows hostility toward a group or individual based on a protected status
- Distributing pornographic or sexually suggestive content
- Intimidating acts, such as bullying or threatening, concerning or based on a protected status

> "We must work together to actively shape our culture to be more inclusive, not just accepting our differences...but celebrating them...everyday...in every part of the company."
>
> – Doug McMillon,
> President and CEO, Walmart Inc.

### 📢 When in doubt—reach out.

If you have questions or concerns, let your manager, People Lead, or Ethics & Compliance know.

